AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mirando, Carol | U.S. District Court, Middle District of Florida | 12/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full-time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
2110 First Street
Fort Myers, Florida 33901

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | City of Jacksonville General EmployeesPension Plan - vested benefit |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 12/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | April 10, 2016 to April 13, 2016 | Charleston, SC | National Workshop for Magistrate Judges I | Travel, meals, hotel |
| 2. | Florida Bar Federal Court Practice Committee | June16-17, 2016 | Orlando, FL | 2016 Federal Judicial Roundtable - Speaker | Travel, meals hotel |
| 3. | Administrative Office of U.S. Courts/Middle District of Florida | May 4-6, 2016 | Point Clear, AL | 2016 Eleventh Circuit Judicial Conference | Travel, meals, hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mirando, Carol** | 12/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 12/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1: *See note 1 Part VIII | | | | | | | | | |
| 2. -- General Money Market Fund Class B See Line 30 and note 2 Part VIII | A | Interest | M | T | Sold (part) | 07/01/16 | M | | |
| 3. -- AOL Common Stock | | None | J | T | | | | | |
| 4. -- McClatchy Common Stock | | None | J | T | | | | | |
| 5. -- Time Warner Common Stock | | None | J | T | | | | | |
| 6. -- Time Warner Cable Common Stock | A | Dividend | | | Sold | 08/09/16 | J | A | |
| 7. -- Allianz GI Incm & Gwth A | A | Dividend | K | T | Sold (part) | 09/07/16 | J | A | |
| 8. -- Blackrock Inflation Bond Fund | A | Dividend | | | Sold | 06/30/16 | K | A | |
| 9. -- Calamos Global Eqty Fund | A | Dividend | | | Sold | 07/07/16 | J | A | |
| 10. -- Columbia Seligman Comm Fund | A | Dividend | | | Sold | 07/07/16 | K | D | |
| 11. -- Deutche Large Cap Value Fund | A | Dividend | | | Sold | 10/12/16 | J | A | |
| 12. -- Davis Financial Fund | A | Dividend | | | Sold | 07/07/16 | J | A | |
| 13. -- Eaton Vance Large Cap | A | Dividend | | | Sold | 07/27/16 | J | B | |
| 14. -- John Hancock2 Strategic Incm | A | Dividend | | | Sold | 06/30/16 | K | A | |
| 15. -- MFS Mas Inv Growth | A | Dividend | | | Sold | 07/27/16 | J | D | |
| 16. -- Pimco Total Return Fund | A | Dividend | | | Sold | 07/01/16 | K | A | |
| 17. -- Putnam Intl Gwth Fund | A | Dividend | | | Sold | 08/09/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 12/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Vanguard Interm Term Bond Fund | B | Interest | | | Sold | 06/30/16 | K | A | |
| 19. Brokerage Account #2: | | | | | | | | | |
| 20. -- Oakmark International I | A | Dividend | K | T | | | | | |
| 21. -- ClearBridge Mid Cap Core | A | Dividend | K | T | | | | | |
| 22. -- Touchstone Focused Y | A | Dividend | K | T | | | | | |
| 23. Brokerage Account # 3: | | | | | | | | | |
| 24. -- Oakmark International I | A | Dividend | J | T | | | | | |
| 25. -- ClearBridge Mid Cap Core | A | Dividend | J | T | | | | | |
| 26. -- Touchstone Focused Y | A | Dividend | J | T | | | | | |
| 27. Rental Prop. #2 Atlantic Beach, FL (2005 $125,500) | D | Rent | M | W | | | | | |
| 28. USAA FSB | A | Interest | N | T | | | | | |
| 29. Brokerage Account #4: Raymond James | | | | | | | | | |
| 30. Raymond James Deposit Program | A | Interest | J | T | | | | | |
| 31. Allianz Income and Growth Fund | A | Dividend | J | T | Sold (part) | 09/07/16 | J | A | |
| 32. Ashford Hospitality Trust | A | Dividend | J | T | Buy | 07/27/16 | J | | |
| 33. Banc of California Inc Preferred | A | Dividend | J | T | Buy | 11/03/16 | J | | |
| 34. Blackrock Inflation Protected Bond Fund | A | Dividend | | | Sold | 06/30/16 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 12/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Blackstone Group LP | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 36. Blackstone Group LP | A | Dividend | | | Sold | 12/14/16 | J | B | |
| 37. Calamos Global Equity Fund Class C | A | Dividend | | | Sold | 07/07/16 | J | A | |
| 38. CBL & Associates Properties | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 39. Centurylink Incorporated | A | Dividend | J | T | Buy | 06/20/16 | J | | |
| 40. Charter Communications (X) | | None | J | T | | | | | |
| 41. Columbia Seligman Prem Tech Growth | A | Dividend | K | T | Buy | 06/30/16 | J | | |
| 42. Columbia Seligman Comm & Info | A | Dividend | | | Sold | 07/07/16 | K | D | |
| 43. Cushing Renaissance Fd | A | Dividend | J | T | Buy | 07/01/16 | J | | |
| 44. David Financial Fund CIA | A | Dividend | | | Sold | 07/07/16 | J | A | |
| 45. Deutsche Bank Contingent Cap Trust II | A | Interest | J | T | Buy | 06/30/16 | J | | |
| 46. Deutsche Bank Contingent Cap Trust II | A | Interest | J | T | Buy | 07/05/16 | J | | |
| 47. Deutsche Croci US Fund CI A (X) | A | Dividend | J | T | | | | | |
| 48. Deutche Lg Cap Value Fund (X) | A | Dividend | | | Sold | 10/12/16 | J | A | |
| 49. Duff & Phelps GLB UTL Inc | A | Dividend | J | T | Buy | 07/07/16 | J | | |
| 50. Dynergy Incorporated New Del Tangl | A | Dividend | J | T | Buy | 08/09/16 | J | | |
| 51. Eagle Growth & Income Oppty Fd | A | Dividend | J | T | Buy | 06/30/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 12/12/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Eaton Vance Stock Fund (X) | A | Dividend | | | Sold | 07/27/16 | J | B | |
| 53. First Trust Election Portfolio | | None | J | T | Buy | 11/21/16 | J | | |
| 54. First Trust Election Portfolio | | None | J | T | Buy (add'l) | 12/28/16 | J | | |
| 55. First Trust Morningstar Div Leaders | A | Dividend | J | T | Buy | 07/27/16 | J | | |
| 56. Global Indemnity P Sub NT | A | Interest | J | T | Buy | 06/30/16 | J | | |
| 57. GMAC Capital Trust 1 GTD | A | Interest | J | T | Buy | 06/30/16 | J | | |
| 58. Government PPTYS Income Tr | A | Dividend | J | T | Buy | 10/12/16 | J | | |
| 59. Guggenheim Eq Weight Enhanced | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 60. Icahn Enterprised LP | A | Dividend | J | T | Buy | 07/27/16 | J | | |
| 61. Icahn Enterprises LP | A | Dividend | | | Sold | 12/28/16 | J | A | |
| 62. Invesco Mortgage Capital Inc | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 63. Invesco Dow Jones Total Market Port | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 64. Ishares GL Met ETF | | None | | | Buy | 06/30/16 | J | | |
| 65. Ishares GL Met ETF | | None | | | Sold | 11/03/16 | J | A | |
| 66. John Hancock Financial Opportunities Fd | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 67. John Hancock Financial Opportunities Fd | A | Dividend | | | Sold | 11/21/16 | J | C | |
| 68. John Hancock Strategic Inc Opptnties Fund | A | Dividend | | | Sold | 06/30/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Kinder Morgan Inc PFD Ser A | | None | J | T | Buy | 11/21/16 | J | | |
| 70. Landmark Infrastructure LP | A | Dividend | J | T | Buy | 10/19/16 | J | | |
| 71. Landmark Infrastructure LP | A | Dividend | J | T | Buy (add'l) | 12/22/16 | J | | |
| 72. Macquarie Ft Tr Gb | A | Dividend | J | T | Buy | 07/07/16 | J | | |
| 73. Massachusetts Investors Growth St Fund (X) | A | Dividend | | | Sold | 07/27/16 | J | D | |
| 74. McClatchy Company Class A | | None | J | T | | | | | |
| 75. National General Holdings Co | A | Interest | J | T | Buy | 06/30/16 | J | | |
| 76. Navient Corp PFD / SLM Corp | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 77. Northstar Realty Finance Corp PFD | A | Dividend | J | T | Buy | 07/07/16 | J | | |
| 78. Nuveen Nasdaq 100 Dynamic Fd | A | Dividend | J | T | Buy | 07/07/16 | J | | |
| 79. Pimco Total Return Fund | A | Dividend | | | Sold | 07/01/16 | K | A | |
| 80. Putnam International Growth Fund | A | Dividend | | | Sold | 08/09/16 | J | A | |
| 81. Rayonier Advanced Materials | A | Dividend | J | T | Buy | 08/18/16 | J | | |
| 82. Royal Bank of Scotland Perpet Shares | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 83. Royce Value Trust | A | Dividend | J | T | Buy | 07/01/16 | J | | |
| 84. Sabra Healthcare REIT | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 85. Salesforce Inc | | None | J | T | Buy | 09/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 12/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Stonemor Partners LP | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 87. Sunoco LP | | None | J | T | Buy | 12/22/16 | J | | |
| 88. Tekla Healthcare Opportunity Fd | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 89. Time Inc | A | Dividend | J | T | | | | | |
| 90. Time Warner Inc | | None | | | Sold | 08/09/16 | J | A | |
| 91. Travelcenters of America LLC | A | Interest | J | T | Buy | 06/30/16 | J | | |
| 92. Vanguard Interm Term Investment Fund | A | Dividend | | | Sold | 06/30/16 | K | A | |
| 93. Vanguard Total Stock Market ETF | A | Dividend | J | T | Buy | 07/07/16 | J | | |
| 94. Thrift Savings Plan | | | | | | | | | |
| 95. G Fund | A | Int./Div. | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 12/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: Brokerage Account # 1 was transferred to a new institution, Raymond James Financial (Brokerage Account #4 - Line 29-92). The disposition of each holding of Brokerage Account # 1 is reflected in in those latter entries of Brokerage Account #4.

Note 2: The general money market funds were liquidated and other funds were purchased over the course of the year, beginning on or about July 1, 2016.

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 12/12/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carol Mirando**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544